IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02590-PAB-MEH

JOAN P. FAUGHNAN and
THOMAS FAUGHNAN,

    Plaintiffs,

v.

UNICO HOLDINGS, INC., and
WALGREEN CO.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 10, 2008.**

    Plaintiffs' Motion for Leave to File a Sur-Response to Defendants' Reply in support of Defendants' Motion for Extension of Discovery Cutoff [filed November 7, 2008; docket #36] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A.

    Defendants' Motion for Extension of Discovery Cutoff [filed November 4, 2008; docket # 31] is **granted in part and denied in part**. Plaintiffs are correct that the motion was filed outside the discovery cutoff period; therefore, pursuant to Fed. R. Civ. P. 6(b)(1)(B), Defendants have the burden to demonstrate excusable neglect for their failure to act within the discovery cutoff period. Here, Defendants did not address their burden; rather, they contend that they have attempted without success to schedule one deposition since October 15, 2008, and have recently decided to notice a Fed. R. Civ. P. 30(b)(6) deposition.

    Therefore, the Court will allow time to complete the deposition of Dr. Parisian (uncontested by Plaintiffs) and will allow a 30-minute (each side) deposition of Dr. Boland. The parties must complete these depositions **on or before November 21, 2008**. The remainder of Defendants' motion is denied for failure to demonstrate excusable neglect.

    All other deadlines and conference dates shall remain the same.