IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02590-PAB-MEH

JOAN P. FAUGHNAN and
THOMAS FAUGHNAN,

    Plaintiffs,

v.

UNICO HOLDINGS, INC. and
WALGREEN CO.,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the parties' Stipulated Motion for Dismissal with Prejudice [Docket No. 40]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the parties' Stipulated Motion for Dismissal with Prejudice [Docket No. 40] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED December 29, 2008.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge